570 A.2d 952
KSS TRANSPORTATION CORP., ETC. v. DIRECTOR, DIVISION OF TAXATION.

October 3, 1989.

Petition for certification denied.

570 A.2d 952
VINEN CORPORATION, ETC. v. ALAN W. NAU CONTRACTING, INC., ETC.

October 3, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 589, 557 *A.* 2d 1056)

570 A.2d 952
TIFA, LTD. v. JERSEY CENTRAL POWER & LIGHT CO.

October 3, 1989.

Petition for certification denied.

570 A.2d 952
IN THE MATTER OF EDWARD MAC DONALD.

October 3, 1989.

Petition for certification denied.